IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT HINES                                                                                           PETITIONER

v.                              NO. 5:12CV00321 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted, and the Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b) filed by petitioner Vincent Hines is denied. Judgment will be entered for Hobbs.

IT IS SO ORDERED this 6th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE